

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>FARRELL'S LIMOUSINE SERVICE CORP., FARRELLS' LIMOUSINE SERVICE, LLC, FARRELL'S LEASING COMPANY, INC., MARGUERITE FARRELL, PATRICK FARRELL and URSULA FARRELL, Jointly and Severally,<br><br>Defendants. | 17 Civ. 3698 (CBA)(PK)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys Pelton Graham LLC, hereby give notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned action is voluntarily dismissed without prejudice against Defendants Farrell's Limousine Service Corp., Farrells' Limousine Service, LLC, Farrell's Leasing Company, Inc., Marguerite Farrell, Patrick Farrell and Ursula Farrell. This action is hereby voluntarily dismissed without prejudice and without costs to any party.

Dated: August 24, 2017
       New York, New York

                                              Respectfully submitted,

                                              PELTON GRAHAM LLC

                                              By: _____
                                              Brent E. Pelton (BP 1055)
                                              Taylor B. Graham (TG 9607)
                                              111 Broadway, Suite 1503
                                              New York, New York 10006
                                              Telephone: (212) 385-9700
                                              Facsimile: (212) 385-0800
                                              *Attorneys for Plaintiffs*

So Ordered
2/8/18            s/Carol Bagley Amon